# Exhibit 3



May 18, 2026
**Sent by Email and First Class U.S. Mail**

Joel Edwards
Bad Attitude Department, LLC
724 Harrisburg Dr SW
Lenoir North Carolina 28645
sales@badattitudedept.com; joeledwards@gmail.com

Re:     **CEASE AND DESIST TRADEMARK INFRINGEMENT**

Dear Mr. Edwards:

It was recently brought to our attention that you and your company, Bad Attitude Department, LLC (collective referred to as "you" herein) are infringing on our registered trademark, "Q," and are misappropriating both our trademark and trade dress to unlawfully capitalize on the goodwill connected to our brand. Our trademark application for "Q" was filed with the United States Patent and Trademark Office ("USPTO") in 2016. Our trademark was officially registered in 2017, under Registration No. 5229509, in connection with, inter alia, "rifles, silencers for firearms, noise suppressors for guns, and firearm accessories."

You have chosen to brazenly infringe upon and misappropriate our trademark with your creation and sale of a "Parody AR15 Lower Receiver" you have modeled the "Q T Cat." Said infringing product, which depicts a modified variety of our Q trademark and crudely includes other markings and aesthetic qualities meant to mimic our products, is being advertised and sold on your website:



1



You are advertising the above infringing product, in addition to other products meant to look like ours, on your social media accounts as well. You are misappropriating our trademark and trade dress so brazenly that you go so far as to tag our official account in multiple of your posts:



Your use of our "Q" trademark on firearms and related products is clearly unlawful. Your implementation of similar color schemes, clear anodization and like features (albeit of lower quality), while simultaneously tagging us in your social media posts, is clearly meant to falsely relate your products to the Q brand. As evidenced by customer comments on your own social media pages, the public can easily ascertain your attempt at connecting your products to Q, which will likely continue to cause confusion in the marketplace.

Your continued infringement of our registered trademark and trade dress will likely damage Q's established goodwill by misleading customers into believing that Q is affiliated with your company's goods.

Your activities are being conducted in violation of the Lanham Act, analogous state statutes, and common law principles of trademark infringement and unfair competition. **You are hereby instructed to CEASE and DESIST all activities that infringe upon the intellectual property rights of Q, LLC, including your use of "Q" in marketing your company and its products.**

In order to avoid the initiation of formal legal proceedings against you, **you must undertake the following steps immediately, and in no event later than June 1, 2026**:

2



a. Cease all business activities, sales, and advertising utilizing the name "Q," "Q T Cat" or any variation of our trademarked "Q."

b. Cease including unlicensed "Q" markings of any type, including modified markings, on lower receivers or any other product you offer for sale.

c. Stop selling all products that infringe upon our registered trademark and/or trade dress immediately.

d. Delete all website listings of infringing products.

e. Delete all social media posts depicting or referencing infringing products or the Q brand.

f. Stop manufacturing any products that infringe upon our trademark and/or trade dress and instruct your third-party vendors to do the same.

g. Cease all business, marketing, advertising and/or other commercial activities you are conducting in a manner that may confuse consumers into believing your business is in any way affiliated with or connected to Q, LLC.

Should you fail to take appropriate action in response to this letter, we intend to initiate legal proceedings with no further notice to you. If you require any clarification concerning the content herein, please have your legal counsel contact me promptly. We look forward to your timely compliance.

Sincerely,

Sean R. List, Esq.
Chief Legal Officer
Q, LLC
110 Venture Drive
Dover, NH 03820
s.list@liveqordie.com

CC: Eversheds Sutherland (US) LLP

3