**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION: NO. 5:26-cv-127**

Bad Attitude Department, LLC,

Plaintiff,

v.

Q, LLC,

Defendant.

**ANSWER TO COUNTERCLAIMS**

Plaintiff Bad Attitude Department, LLC ("Bad Attitude" or "Plaintiff"), by and through its undersigned counsel, files this Answer to Counterclaims in response to Defendant Q, LLC's ("Q" or "Defendant") Complaint as follows:

1. Bad Attitude acknowledges that this is an action brought under Section 32(1) of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a), for federal trademark and trade dress infringement and unfair competition and false designation of origin under 43(a) of the Lanham Act, and for substantial and related trademark infringement and unfair competition and deceptive trade practices under the statutory and common laws of the State of North Carolina; however, Bad Attitude denies that Defendant is entitled to any of the requested relief. Bad Attitude lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 of the Counterclaims. They are, therefore, denied.

2. Bad Attitude denies Paragraph 2 of the Counterclaims.

3. Bad Attitude acknowledges that Q has filed for injunctive and monetary relief, however, if any other allegation is made, Bad Attitude denies that Defendant is entitled to any of the requested relief as stated in Paragraph 3 of the Counterclaims.

1

4. Bad Attitude acknowledges that Defendant has filed an action pursuant to the stated statutes, but denies that Defendant is entitled to any of the requested relief for those actions as stated in Paragraph 4 of the Counterclaims.

5. Bad Attitude admits Paragraphs 5-8 of the Counterclaims.

6. Bad Attitude is without sufficient information to confirm or deny Paragraph 9 of the Counterclaims, therefore, it denies.

7. Bad Attitude denies Paragraph 10 of the Counterclaims.

8. Bad Attitude is without knowledge or information to deny or admit Paragraphs 11-14 of the Counterclaims, so Bad Attitude denies the allegations. However, Bad Attitude specifically denies any allegation by Defendant that it has exclusive ownership of the letter "Q" in the firearm industry. When Defendant first applied to register its stylized "Q," another company already held a registered mark consisting of a stylized "Q." That mark, Registration No. 4,501,268 with the United States Patent and Trademark Office, covered "Firearm accessories, namely, receivers." The specimen used for its receiver in August of 2013 is shown as follows:



2

Although that stylized "Q" mark was cancelled three years ago, Defendant shared the letter "Q" with another firearm company for most of the period in which Defendant's mark was registered. Other registrations further confirm that Defendant has no exclusive claim to the letter. Registration No. 5,195,942 covers the mark "Q-Series" for "Firearm accessories, namely, holsters and magazine pouches," and it was previously registered for other goods, including clothing and sporting goods. Likewise, Registration No. 5,161,827 covers the mark "Q5 MATCH" for "Firearms; Firearms, namely, guns, rifles, and pistols." These examples, among others, demonstrate that Defendant does not have sole authority to use the letter "Q" in the firearm industry. Defendant's registration cannot be read to confer any special rights in the letter, because numerous other firearm-related registrations, even setting aside clothing registrations entirely, incorporate the letter "Q," and some, such as "Q-Series," use it in a manner closely similar to Defendant's stylized mark, than Plaintiff's "QT Cat" design, as shown below:



The above was filed as a specimen with the US Trademark Office on May 2026.

9. Bad Attitude denies paragraphs 15-16.

10. Bad Attitude is without knowledge or information to deny or admit Paragraphs 17-18 of the Counterclaims, so Bad Attitude denies the allegations.

11. Bad Attitude denies Paragraph 19.

3

12. Bad Attitude denies Paragraph 20.

13. Bad Attitude is without knowledge or information to deny or admit Paragraphs 20-25 of the Counterclaims, so Bad Attitude denies the allegations.

14. Bad Attitude denies the allegations of Paragraphs 26-27. Bad Attitude specifically denies any claim of Defendant that there is a trade dress exclusive to Defendant. The claim to a "gold-colored clear anodized upper and lower receivers" is nearly as common in the firearm industry as most other colors. A "clear anodized" description merely means that the aluminum is immersed in a solution with electric current passing through it which causes the aluminum to react and form an oxide layer on the surface. When this process occurs, it causes the aluminum to have a bright gold to muted metallic color. However, most of the time, this process results in some gold-color, making the term "gold-colored clear anodized" identical to "clear anodized." Examples of companies that use this "gold-colored clear anodized upper and lower receivers" currently and throughout the years include: Zeus Arms (https://zeusarms.com/clear-anodized-billet-stripped-upper-receiver/); Centurion Arms (https://centurionarms.com/uppers-lowers/cm4-5-56-forged-receiver-set-clear-anodize/); Simple Man Armory (https://www.simplemanarmory.com/product/hodge-defense-mod1-v2-16-rifle-5-56-clear-anodized/); Hodge Defense (https://hodgedefensesystems.com/product/hodge-defense-mod-1-stripped-lower-receiver-v2-7075-clear/); Hanovery Armory (https://hanoverarmory.com/product/ha-15-5-56-nato-16-rifle-clear-anodized/) ; Blackstone (https://blackstoneshooting.com/wilson-combat-project-1-division-77-ghost-9mm-5-00-ported-barrel-18-rds-clear-anodized-120693602906/); Reptilia Corp (https://reptiliacorp.com/product/link-with-zhukov-for-cz-scorpion-evo/); Aero Precision (https://riflesupply.com/aero-precision-m4e1-stripped-lower-receiver-lower-receiver-m4e1-clear-anodized-apsl100545/); Bear Essentials (https://swrifleworks.com/cm4-5-56-forged-receiver-set-clear-anodize/); RipCord Industries (https://www.ripcordindustries.com/items-1/11.5%22-ripcord%2Fgear-plug-clear-ano-build); LVSTIPPLE (https://lvstipple.com/product/lvs-ar15-lower-receiver-clear-anodized/); Modern Warriors (https://modernwarriors.com/product/aero-precision-ar15-gen-2-stripped-lower-receiver-clean-anodized?srsltid=AfmBOoqrUNye96R-

4

PSEe4fNu7-ykhmoyXmNuUv79IbkhqiWPmsmy8XJa); Rifle Supply (https://riflesupply.com/aero-precision-ar-15-stripped-lower-receiver-lower-receiver-ar-15-clear-anodized-apsl100546/); C.O.P.S. Gunshop (https://copsgunshop.net/shop/aero-precision-m4e1-stripped-lower-receiver-clear-anodized/); Matrix Arms (https://www.matrixarms.com/product/5-56-stripped-upper-lower-set-in-gold-fde-hard-coat-anodize/); USA Precision Arms (https://www.usaprecisionarms.com/product/ar15-unskeletonized-anodized-clear/); MSP Precision (https://www.msp-manufacturing.com/shop/p/m18-lower-receiver-stripped); and Big Tex Ordinance (https://www.bigtexordnance.com/product/hdsi-rail-lower-combo-mod-1-stripped-lower-receiver-v2-7075-clear-anodized/). The list of fifteen (15) retailers and manufacturers selling the "gold-colored clear anodized" firearms and firearm parts that are not associated with the Defendant are not exhaustive, but illustrative examples of how common this is in the industry. In addition, some of these manufacturers who make "gold-colored clear anodized" firearms and firearm parts sell to dealers that the Defendant also sells at, such as True Precision who sells its goods at Adventure Outdoors in Georga, one of the largest firearm dealers in the United States (https://shop.adventureoutdoors.us/shooting-sports/receivers--frames/upper/tp22-receiver/detail/3831b65a-6ba7-44ef-89a1-ff7feb07f881/31775c1c-1146-4684-9717-40adbf2cc4d2) and Zeus Arms who also has their firearms for sell at Adventure Outdoors (https://shop.adventureoutdoors.us/shooting-sports/handguns/large-format-pistols/aristaeus-pistol/detail/7e838ca2-5047-4584-b5d6-426f9dbbbd66/3b67e84f-6881-474a-8d20-85be782cfc6e). Even the famous firearm company Ruger sells an Anodized Gold firearm at Adventure Outdoors (https://shop.adventureoutdoors.us/shooting-sports/handguns/semi-automatic/mark-iv-22-45/detail/2872ebb6-5b63-4be8-9bc6-cf3be3a53d26/18744562-a6b5-44f8-9413-a855531904f6). It is also important to note that a lot of the companies place designs or marks on the sides of the receivers, such as Aero Precision who places a big "A" mark on a gold colored clear anodized version on the right side of the receiver near the magazine well as pictured below:

5



See Rife Supply, (https://riflesupply.com/aero-precision-m4e1-stripped-lower-receiver-lower-receiver-m4e1-clear-anodized-apsl100545/)

As shown with the above, Defendant does not have any "trade dress" rights in "gold-colored anodized" firearm parts, nor do they have particular rights in placements of any types of marks or designs on receiver parts.

15. Bad Attitude denies in part Paragraph 28 of the Counterclaim. Bad Attitude admits that the inclusion of "Q" is not essential. However, a lot of customers have a desire for clear anodization. Companies such as Caswell sell anodized kits that allow people to anodize their firearms themselves and this has occurred for decades. Therefore, Bad Attitude denies that the "clear anodized" firearms do not serve a function.

16. Bad Attitude denies Paragraph 29.

17. Bad Attitude is without sufficient information and belief as to Paragraph 30 to know third parties opinions or thoughts, however, Bad Attitude does agree that Defendant's marketing is "gruff." However, any other allegation is denied.

18. Bad Attitude denies Paragraph 31.

19. Bad Attitude admits Paragraph 32.

6

20. Bad Attitude denies in part Paragraph 33. Bad Attitude admits that it used a cat face with the words "NOT FRIENDLY DO NOT PET" in an ornamental fashion on two sets of products, but denies all other assertions.

21. Bad Attitude denies in part Paragraph 34. The design is not "Infringing", but Bad Attitude does admit it has used these on multiple products.

22. Bad Attitude denies Paragraph 35. There is not a single actual purchaser who believed that the "QT Cat" design is from the Defendant.

23. Bad Attitude denies Paragraph 36.

24. Bad Attitude denies in part Paragraph 37. Bad Attitude denies that this is meant to "conceal[] the true origin of the product's manufacture" as this is a regularly done industry practice.

25. Bad Attitude denies Paragraph 38.

26. Bad Attitude denies Paragraphs 39-41. Bad Attitude has not sold an "Infringing Mark", it has sold the Parody Design.

27. Bad Attitude denies Paragraph 42. Just as the Parody Design is satire, so too was this quote taken out of context as its apparent sarcasm.

28. Bad Attitude denies Paragraph 43.

29. Bad Attitude denies Paragraphs 44-45.

30. Bad Attitude admits that a cease and desist letter was sent to Bad Attitude as stated in Paragraph 46, but denies any allegations beyond that.

31. Bad Attitude denies Paragraph 47 and admits Paragraph 48. Bad Attitude filed a lawsuit and served its answer to the cease and desist to the Defendant.

7

32. Bad Attitude denies Paragraph 49. There is not a single person who has bought any of the Parody Design believing it to be Defendant, nor could this possibly be a situation where anyone would.

33. Bad Attitude denies Paragraph 50. Bad Attitude admits that its Parody Design references Q, or more specifically the owner of Q, but its not trading on goodwill of Q nor can Q show any proof that anyone bought the Parody Design thinking it was Q.

34. Bad Attitude denies Paragraph 51.

35. In so far that any new allegations are made in Paragraph 52, Bad Attitude denies.

36. Bad Attitude denies Paragraphs 53-59.

37. In so far that any new allegations are made in Paragraph 60, Bad Attitude denies.

38. Bad Attitude denies Paragraphs 61-66.

39. In so far that any new allegations are made in Paragraph 67, Bad Attitude denies.

40. Bad Attitude denies Paragraphs 68-74.

41. In so far that any new allegations are made in Paragraph 75, Bad Attitude denies.

42. Bad Attitude denies Paragraphs 76-79.

43. In so far that any new allegations are made in Paragraph 80, Bad Attitude denies.

44. Bad Attitude denies Paragraphs 81-87.

**Prayer for Relief**

8

**WHEREFORE**, Plaintiff prays that the Court enter Judgment in its favor and:

A.  Declare that Bad Attitude Department, LLC has not infringed any of Q, LLC's marks. This declaration shall apply to claims under the Lanham Act, 15 U.S.C. §§ 1051, et seq., and the common law;

B.  Declare that Q, LLC's mark is not famous nor has Bad Attitude Department, LLC tarnished or diluted any famous mark owned by Q, LLC;

C.  Declare that the use made by Plaintiff does not constitute unfair competition or palming off;

D.  Declare that Q, LLC has no protectable trade dress rights in the general aesthetic of clear or colored anodize AR-15 receiver components;

E.  Declare that Plaintiff's use of the Q T Cat feline graphic is protected by the First Amendment;

F.  Award Plaintiff its attorneys' fees under 15 U.S.C. § 1117(a) as this is an exceptional case; and

G.  Award such other relief as may be just and proper.


Signed August 10th, 2026


/s/James P.A. Twisdale

James P.A. Twisdale
Twisdale Law, PC
324 E. St. John Street Suite B2
Spartanburg, SC 29302
704-995-6202
patrick@twisdalelaw.com
Attorney for Plaintiff

9

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, filed through the CM/ECF system, will be electronically served on all counsel who are registered users of CM/ECF on July 21, 2026.

Signed August 10th, 2026

/s/James P.A. Twisdale

James P.A. Twisdale
Twisdale Law, PC
324 E. St. John Street Suite B2
Spartanburg, SC 29302
704-995-6202
patrick@twisdalelaw.com
Attorney for Plaintiff

10