**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Bad Attitude Department, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Q, LLC,<br><br>Defendant. | Case No. 5:26-cv-127<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

Plaintiff Bad Attitude Department, LLC ("Bad Attitude"), by and through its undersigned counsel, and with the consent of Defendant Q, LLC ("Q"), hereby respectfully moves the Court for a one-week extension of time for Bad Attitude to file its response to Defendant's Motion for Protective Order (Dkt. 21), up to and including Friday, December 4, 2026.

Q filed its Motion for Protective Order on November 13, 2026. Bad Attitude's current deadline to respond is November 27, 2026. Counsel for Q has consented to the requested extension through December 4, 2026 by email correspondence on November 23, 2026. Good cause exists for the requested one-week extension, including the intervening Thanksgiving holiday and the time needed to adequately prepare a response. This request is not interposed for purposes of delay or any other improper purpose, and no party shall be prejudiced by the extension requested herein.

Bad Attitude does not presently seek any other amendments to the Case Management Order (Dkt. 18).

For the foregoing reasons, Bad Attitude respectfully requests that the Court find that good cause exists and grant a one-week extension of time for Bad Attitude to respond to Defendant's Motion for Protective Order, up to and including December 4, 2026.

Dated: November 24, 2026

Respectfully submitted,

**TWISDALE LAW, PC**

/s/James P. A. Twisdale
James P.A. Twisdale
1208 John B White Sr. Blvd
Spartanburg, SC 29306
Tel.: 704-995-6202
patrick@twisdalelaw.com

*Attorney for Plaintiff*